# EXHIBIT A

**ZARWIN, BAUM, DeVITO, KAPLAN, SCHAER, & TODDY, P.C.**
ANTHONY R. TWARDOWSKI, ESQ.
JOHN P. McAVOY, ESQ.
Identification Nos.: 37762 | 315830
One Commerce Square
2005 Market Street | 16th Floor
Philadelphia, Pennsylvania 19103
P: (215) 569-2800
F: (215) 569-1606
*Attorneys for Plaintiff*



*Filed and Attested by the Office of Judicial Records 17 JUN 2022 07:36 pm G. IMPERATO*

| | | |
|---|---|---|
| GARY D. CALDERWOOD | : | IN THE COURT OF COMMON PLEAS OF |
| d/b/a Calderwood Gallery | : | PHILADELPHIA COUNTY PENNSYLVANIA |
| 242 Geiger Road | : | |
| Philadelphia, PA 19115 | : | JUNE TERM 2022 |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | CASE ID NO.: 220601512 |
| | : | |
| CARL ERIK RINSCH | : | JURY TRIAL DEMANDED |
| 8657 Metz Place | : | |
| Los Angeles, CA 90069 | : | |
| Defendant. | : | |
| | : | |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las proviciones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. | Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal. |
| **Philadelphia Bar Association Lawyer Referral and Information Service One Reading Center Philadelphia, Pennsylvania 19107 (215) 238-6333 TTY (215) 451-6197** | **Asociacion De Licenciados De Filadelfia Servicio De Referencia E Informacion Legal One Reading Center Filadelfia, Pennsylvania 19107 (215) 238-6333 TTY (215) 451-6197** |

**ZARWIN, BAUM, DeVITO, KAPLAN,
SCHAER, & TODDY, P.C.**
ANTHONY R. TWARDOWSKI, ESQ.
JOHN P. McAVOY, ESQ.
Identification Nos.: 37762 | 315830
One Commerce Square
2005 Market Street | 16th Floor
Philadelphia, Pennsylvania 19103
P: (215) 569-2800
F: (215) 569-1606
*Attorneys for Plaintiff*

| | |
|---|---|
| GARY D. CALDERWOOD | :  IN THE COURT OF COMMON PLEAS OF |
| d/b/a Calderwood Gallery | :  PHILADELPHIA COUNTY PENNSYLVANIA |
| 242 Geiger Road | : |
| Philadelphia, PA 19115 | :  JUNE TERM 2022 |
| Plaintiff, | : |
| | :  CIVIL ACTION |
| v. | :  CASE ID NO.: 220601512 |
| | : |
| CARL ERIK RINSCH | :  JURY TRIAL DEMANDED |
| 8657 Metz Place | : |
| Los Angeles, CA 90069 | : |
| Defendant. | : |
| | : |

## <u>COMPLAINT</u>

Plaintiff, Gary D. Calderwood d/b/a Calderwood Gallery ("Plaintiff"), by and through his

undersigned counsel, Zarwin, Baum, DeVito, Kaplan, Schaer, & Toddy, P.C., hereby files this

Complaint against Defendant, Carl Erik Rinsch ("Defendant"), and states as follows:

### PARTIES

1.      Plaintiff is a sole proprietorship dually organized and existing under the laws of the

Commonwealth of Pennsylvania with a principal place of business at 242 Geiger Road,

Philadelphia, Philadelphia County, Pennsylvania 19115.

2.      Defendant is an adult individual and resident of the State of California with an

address of 8657 Metz Place, Los Angeles, California 90069.

Case ID: 220601512

## JURISDICTION & VENUE

3.      Defendant, by and through his relationship with Plaintiff, has transacted business in the Commonwealth of Pennsylvania.

4.      Defendant initiated the business relationship between the parties.

5.      Defendant, by and through the conduct set forth in this Complaint, has caused harm in Pennsylvania.

6.      As set forth below, Defendant initiated several phone calls with and sent numerous e-mails and text messages to Plaintiff knowing at all times material hereto that Plaintiff was located in Pennsylvania.

7.      Defendant wired funds to Plaintiff's bank in Pennsylvania on three different occasions.

8.      Venue is proper in Philadelphia County because the cause of action arose in Philadelphia County, where payment was due but not made, and the transaction giving rise to the cause of action occurred in Philadelphia County.

## FACTUAL BACKGROUND

9.      Plaintiff is a decorative arts gallery specializing in high-end, original furniture, objects, and lighting by renowned French designers from 1900 to 1950.

10.     Defendant is a film director, artist, and self-proclaimed art collector with a passion for original decorative arts by renowned French designers from the first half of the 20th Century.

11.     After the close of business on or about September 12, 2021, Defendant contacted Plaintiff unsolicited and by telephone to inquire about his collection of original decorative arts by renowned French designers listed for sale on Plaintiff's website.

2

Case ID: 220601512

12.     Defendant enthusiastically explained to Plaintiff that he had found Plaintiff online and was impressed with the original decorative arts by renowned French designers for sale on Plaintiff's website.

13.     Defendant expressed interest in purchasing Plaintiff's collection of original decorative arts from renowned French architect and Art Deco Modernist designer Jacques Adnet.

14.     On September 13, 2021, Plaintiff e-mailed Defendant photographs of the "first batch of Jacques Adnet items," which included Plaintiff's line-item prices for twelve such works in the total discounted amount of $233,840.00. A true and correct copy of this correspondence is attached as Exhibit A.

15.     Plaintiff offered Defendant a trade discount of 20% on the 12 items that comprised the first batch and advised Defendant that all prices included correct restoration and refinishing and reupholstering of seating items (with fabric provided by Defendant) and advised that "any purchases [would] also include high resolution [sic] scans of documentation relating to each piece" for purposes of verifying authenticity.

16.     On September 14, 2021, Plaintiff e-mailed Defendant photographs of the "second batch of Adnet items," which included Plaintiff's line-item prices for eight works by Jacques Adnet in the total discounted amount of $133,280.00. A true and correct copy of this correspondence is attached as Exhibit B.

17.     Like with the first batch of Adnet items, Plaintiff offered Defendant a trade discount on the eight items in the second batch and advised once again that all prices included correct restoration and refinishing and high-resolution scans of documentation relating to each piece.

Case ID: 220601512

18.     Later that same day, September 14, 2021, Plaintiff e-mailed Defendant with photographs depicting a Jacques Adnet piano bare of finish at a discounted price of $62,400.00. A true and correct copy of this correspondence is attached as Exhibit C.

19.     Defendant, awestruck with the three batches of Jacques Adnet items, e-mailed Plaintiff on September 14, 2021, advising that he would be sending purchase orders and confirming that he would be buying the collection from Plaintiff. A true and correct copy of this correspondence is attached as Exhibit D.

20.     Defendant expressed interest in Plaintiff's works of two other renowned French designers (Jean Royère and Jacques Quinet) from that era but advised Plaintiff in late September 2021 that his interest was limited to the works of Jacques Adnet and Jean Royère.

21.     On September 30, 2021, Defendant e-mailed Plaintiff stating he wanted Plaintiff to restore the Jacques Adnet and Jean Royère items and instructing his personal assistant, Maria Skotnikova, who Defendant had carbon-copied on the correspondence, to wire funds to Plaintiff. A true and correct copy of this correspondence is attached as Exhibit E.

22.     On October 2, 2021, Plaintiff provided Defendant with a price list for the compilation of 25 pieces of furniture designed by Jacques Adnet and Jean Royère in the total discounted amount of $532,720.00 ("Price List"). A true and correct copy of the Price List is attached as Exhibit F.

23.     On October 6, 2021, and in accordance with Defendant's instructions on October 2, 2021, Defendant's assistant wired $100,000.00 to Plaintiff's bank account in Pennsylvania. A true and correct copy of the bank transfer confirmation is attached as Exhibit G.

24.     In early November 2021, Defendant agreed to purchase Plaintiff's entire collection of Jacques Adnet works (except for a few pieces) and requested an invoice.

Case ID: 220601512

25.    On November 9, 2021, Plaintiff advised Defendant via text message that another customer wished to purchase the Jacques Adnet desk that Plaintiff had on hold for Defendant.  A true and correct copy of the entire text message correspondence between the parties is attached as Exhibit H. The excerpts referenced in this paragraph of the Complaint can be found at the bottom of page 6.

26.    Defendant responded to Plaintiff's November 9, 2021, text message approximately one hour later, writing, "I'll be buying it." *See* Exhibit H, at p. 6.

27.    Moments later, Defendant agreed to purchase Plaintiff's entire collection of Jacques Adnet items except for three pieces. *See* Exhibit H, at p. 6-7.

28.    Plaintiff sent Defendant an e-mail confirming the sale on November 11, 2021. A true and correct copy of this correspondence is attached as Exhibit I.

29.    Defendant made two additional partial payments of $50,000.00 each for the Jacques Adnet items in the total amount of $100,000.00 by wiring the funds to Plaintiff's bank account in Pennsylvania.

30.    In receipt of partial payments totaling $200,000.00 and based on Defendant's representations, warranties, and assurances, Plaintiff considered the collection sold and, as such, removed all Jacques Adnet items from his website on November 12, 2021.

31.    On November 17, 2021, Plaintiff e-mailed Defendant a "Statement of Account" or invoice for the 25 Jacques Adnet items he had agreed to purchase in the total discounted amount of $494,800 ("Invoice No. 1"). A true and correct copy of Invoice No. 1 is attached as Exhibit J.

32.    Invoice No. 1 includes the following material terms of the parties' agreement:

a.    Delivery not included;

b.    A deposit credit in the aggregate amount of $200,000.00;

5

Case ID: 220601512

c. Balance of $294,800.00 due January 15, 2022.

33. In the following weeks, Defendant reaffirmed the terms of his contract with Plaintiff by and through numerous text messages detailing various instructions for restoring specific furniture and by requesting dimensions and additional photographs of other furniture items. *See* Exhibit H, at pp. 6-8.

34. In a January 18, 2022 e-mail to Plaintiff, Defendant reaffirmed his commitment to purchase the entire Jacques Adnet collection and marked certain items for priority delivery. A true and correct copy of this correspondence is attached as Exhibit K.

35. On January 24, 2022, Plaintiff sent Defendant two updated "Statements of Account" or invoices; one is showing discounted totals for Defendant's final selections, including upholstery for the 15 Jacques Adnet items he had agreed to purchase in the total discounted amount of $302,400.00 with a balance of $102,400.00 ("Invoice No. 2"), and a second with the upholstered pieces unrestored in the discounted amount of $287,000.00 with a balance of $87,000.00 ("Invoice No. 3"). True and correct copies of Invoice No. 2 and Invoice No. 3 are attached as Exhibit L and Exhibit M, respectively.

36. On January 31, 2022, Plaintiff sent Defendant another updated "Statement of Account" or invoice without a pair of armchairs that Defendant had previously agreed to purchase as well as for the costs of seating without reupholstering ("Invoice No. 4) in the total discounted amount of $268,200.00 and with a balance of $68,200.00. A true and correct copy of this correspondence, together with Invoice No. 4, is attached as Exhibit N.

37. Defendant went silent in the months that followed.

38. Plaintiff, having not heard from Defendant in several months but expecting payment on the balance due and owing on Invoice No. 4 and shipping instructions from Defendant,

6

Case ID: 220601512

sent Defendant an email on May 25, 2022, inquiring about shipping logistics and reconfirming the sale. A true and correct copy of this correspondence is attached as Exhibit O.

39.     Defendant responded to Plaintiff's May 25, 2022, email later that same day, reaffirming his commitment to purchase once again. A true and correct copy of this correspondence is attached as Exhibit P.

40.     Plaintiff sent Defendant a follow-up e-mail requesting an update on June 1, 2022. A true and correct copy of this correspondence is attached as Exhibit Q.

41.     In response to Plaintiff's e-mail of June 1, 2022, Defendant advised he would "arrange pickup and delivery immediately." A true and correct copy of this correspondence is attached as Exhibit R.

42.     Defendant never paid the balance on Invoice No. 4.

43.     No shipping arrangements were made.

44.     Despite the assurances mentioned above, Defendant e-mailed Plaintiff the following day, June 2, 2022, suggesting for the first time that the pieces he was contractually obligated to purchase were acquired for an unidentified film studio and ordering Plaintiff, among other things, to wire all funds back immediately. A true and correct copy of this correspondence is attached as Exhibit S.

### COUNT I
### DECLARATORY RELIEF

45.     Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if set forth at length herein.

46.     An actual controversy has arisen between Plaintiff and Defendant. Such controversy concerns the respective rights and duties of the parties with respect to the partial payments/deposit monies in the aggregate amount of $200,000.00.

Case ID: 220601512

47.    Plaintiff contends that Defendant's actions and inactions with respect to purchasing Plaintiff's collection of works by Jacques Adnet constitute a breach of contract. Plaintiff is informed and believes that Defendant contends the contrary.

48.    Consequently, declaratory relief is both necessary and proper in this action to determine the rights and duties which exist between the parties concerning the partial payments/ deposit monies.

49.    Plaintiff has no adequate remedy at law.

50.    Plaintiff seeks a declaration pursuant to the Declaratory Judgments Act, 42 Pa. C.S. § 7532, *et. seq.*, that the conduct of Defendant is in breach of contract and/or otherwise unlawful and that Plaintiff is entitled to retain the partial payment/deposit monies of $200,000.00 as damages.

51.    Plaintiff further seeks all supplemental relief to which he is entitled under 42 Pa. C.S. § 7538, including, but not limited to, damages and attorneys' fees.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against Defendant that:

a.  Plaintiff is the prevailing party;

b.  A valid and enforceable contract exists between the parties;

c.  Defendant breached the contract by and through his actions and inactions;

d.  Defendant is a buyer of goods who refuses without cause to accept delivery of the goods and, as such, cannot recover the partial payments/deposit monies. *See Atl. City Tire & Rubber Corp. to Use of Ridgway v. Southwark Foundry & Mach. Co.*, 289 Pa. 569 (1927) (Buyer, who defaults after partial performance of sale contract, may not recover back from the seller, who was ready to perform.);

e.  Plaintiff has been damaged by Defendant's breach of contract;

f.  Plaintiff is entitled to liquidated and other damages;

8

Case ID: 220601512

g.  Plaintiff is entitled to retain the partial payment/deposits of $200,000.00 as damages;

h.  Plaintiff is entitled to charge Defendant reasonable storage fees of $35.00 per item, per week beginning June 2, 2022, on any and all ready-to-ship items;

i.  Awarding Plaintiff reasonable attorneys' fees and costs; and

j.  Awarding Plaintiff any further relief this Honorable Court deems just and proper.

**COUNT II**
**BREACH OF CONTRACT**

52.     Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if set forth at length herein.

53.     A valid contract exists between Plaintiff and Defendant, and Plaintiff fulfilled all its obligations thereunder.

54.     Pursuant to the terms of the parties' agreement, Defendant was obligated to pay the amounts due and owing upon receipt of Invoice No. 4 and make the necessary shipping arrangements.

55.     Despite repeated requests and demands, Defendant has failed to pay Plaintiff the balance due under the contract.

56.     Defendant materially breached its agreement with Plaintiff by failing and refusing to pay the balance due and owing on Invoice No. 4.

57.     Defendant materially breached its agreement with Plaintiff by failing to make the necessary arrangements for shipping the collection of Jacques Adnet works.

58.     As a result of Defendant's breach of contract, Plaintiff has suffered damages including, without limitation, lost revenue, lost profit, and avoidable storage expenses.

Case ID: 220601512

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against Defendant in the amount due and owing under the contract, plus interest, costs, and any other relief this Court deems just and proper.

**COUNT III**
**PROMISSORY ESTOPPEL**
**(IN THE ALTERNATIVE)**

59.    Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if set forth at length herein.

60.     In Pennsylvania, promissory estoppel may be claimed when a contract's standard elements cannot be established.

61.    Defendant, without cause, excuse, or justification, has demanded that the parties' contract be voided.

62.    With the voidance of the contract between Plaintiff and Defendant, the standard elements of a claim for breach of contract cannot be established.

63.    Plaintiff must prove (1) the promisor makes a promise that he reasonably expects to induce action or forbearance by the promisee, (2) the promise does induce forbearance by the promise, and (3) injustice can only be avoided by enforcing the promise.

64.    Defendant repeatedly promised to purchase Plaintiff's entire collection of works by designed Jacques Adnet.

65.    Plaintiff did not know and had no way of knowing that Defendant would fail to honor his commitment.

66.    Plaintiff relied on the above promises by Defendant to his detriment by foregoing the sale of Jacques Adnet works to other customers when he removed these items from his website and considered them sold to Defendant.

Case ID: 220601512

67.     Plaintiff has also incurred significant storage expenses in connection with the anticipated sale of the Jacques Adnet items.

68.     Pursuant to Pennsylvania law concerning liability for promissory estoppel, injustice can only be avoided by enforcing Defendant's promise and requiring Defendant to make payment for the balance due and owing on Invoice No. 4 in exchange for the items identified on Invoice No. 4.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter judgment in his favor and against Defendant in the amount due and owing under the contract, plus interest, costs, and any other relief this Court deems just and proper.

**ZARWIN, BAUM, DeVITO,
KAPLAN SCHAER & TODDY, P.C.**

Date: June 17, 2022          By: _____

Anthony R. Twardowski, Esquire
John P. McAvoy, Esquire
2005 Market St., 16th Floor
Philadelphia, PA 19103
Phone: 215-569-2800
Fax: 215-569-1606
*Attorneys for Plaintiff*

11

Case ID: 220601512

**VERIFICATION**

I, GARY D. CALDERWOOD, state that I am the owner and sole proprietor of Gary D. Calderwood d/b/a Calderwood Gallery, the plaintiff in this action, and that the facts set forth in the foregoing pleading are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa C.S. 4904 relating to unsworn falsification to authorities.

Date: June 17, 2022          By:

GARY D. CALDERWOOD

Case ID: 220601512

# EXHIBIT A

 **Gmail**

Calderwood Gallery <calderwood.gallery@gmail.com>

---

## First batch of Adnet photos and prices
1 message

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Mon, Sep 13, 2021 at 10:04 PM
To: cerinsch@runbox.com

Dear Carl,

Attached is a PDF of the first batch of Jacques Adnet items. More will be coming in the next couple of days. Gary is photographing at our warehouse for you today.

We are collectors ourselves, and our collecting was the foundation of our gallery when we launched it in 1982, so we understand the intrigue of the search and the thrill of discovery! We've also spent almost 45 years (some of them before we started the gallery) amassing an exemplary library of original period documentation, and we are very careful in designer attributions.

We welcome the opportunity to work with you and appreciate your enthusiasm; and are offering you our trade discount of 20%.

Here are published prices and net to you prices for the pieces shown in the PDF:

All of these works are by Jacques Adnet. All prices include correct restoration and refinishing. Seating prices include reupholstering with you supplying only the outside fabric. Any purchases will also include high resolution scans of documentation relating to each piece.

1. Desk and cabinet #1093: $60,000/$48,000
2. Coffee table #1668: $14,500/$11,600
3. Coffee table #1417: $17,000/$13,600
4. Console table #1122: $26,000/$20,800
5. Ceiling fixture #1467: $7,800/$6,240
6. Lacquer table #1669: $18,000/$14,400
7. Pair of club chairs #1289: $21,000/$16,800
8. Pair of club chairs #1401: $22,500/$18,000
9. Single club chair #1601: $13,000/$10,400
10. Pair of armchairs #1003: $23,500/$18,800
11. Pair of armchairs #1153: $21,000/$16,800
12. Six armchairs #1405: $48,000/$38,400

More tomorrow! Have a good night.

Janet

--
Calderwood Gallery
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)

Case ID: 220601512

# EXHIBIT B

 **Gmail**

Calderwood Gallery <calderwood.gallery@gmail.com>

---

## Second batch of Adnet photos and prices

1 message

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>                                    Tue, Sep 14, 2021 at 1:49 PM
To: cerinsch@runbox.com

Dear Carl,

Attached is a PDF with the second batch of Adnet items. Several of the pieces have detail shots because they aren't yet published on our website. Now that we have photos (thanks to your interest!) I will be publishing them over the next couple of days, but thought you should see them first.

All of these works are by Jacques Adnet. All prices include correct restoration and refinishing. Seating prices include reupholstering with you supplying only the outside fabric. Any purchases will also include high resolution scans of documentation relating to each piece.

1. Cabinet in ebonized wood with crystal drawer pulls, circa 1930 (#1608) $35,000 retail/$28,000 net
2. Round coffee table in black rosewood, circa 1930. (#1609) $24,000/$19,200
3. PAIR of parchment side tables w/bronze fittings, ca. 1945 (#1227) $17,000/$13,600
4. Coffee/side table in mahogany, circa 1945 (#1341) $8,900/$7,120
5. Side table in ash w/magazine rack, circa 1950 (#1244) $14,800/$11,840
6. Cabinet in sycamore with bronze mounts, circa 1950 (#1670) $37,500/$30,000
7. Pair of early Modernist club chairs, ca. 1930 (#1671) $24,500/$19,600
8. Centerpiece in macassar ebony, glass and chromed metal (#1672) $4,900/$3,920.

And that's a wrap for this one!

Janet

--
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)


Visit our website any time at:

www.calderwoodgallery.com

# EXHIBIT C

 Gmail                                    Calderwood Gallery <calderwood.gallery@gmail.com>

---

## Third Adnet pdf/PIANO

2 messages

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Tue, Sep 14, 2021 at 2:28 PM
To: cerinsch@runbox.com

Dear Carl,

The attached PDF is devoted to an Adnet piano we have. It is at the restorer's and we don't have decent photos of it, but it's the model pictured in period docs. It was originally finished in a cream-colored lacquer. That has been stripped as it was in poor condition. It's currently bare of finish. It can be done in cream lacquer, or Adnet also did them in black. We will hold off proceeding until we hear from you.

If we were doing it for presentation, we would do it cream.

Price is $78,000 including correct restoration of the case as well as the instrument within. Net to you would be $62,400.

This concludes our Adnet works.

Next PDF will contain Royere and Quinet.

Looking forward to hearing from you with your reactions! And, of course, you are welcome to phone as well.

Janet

--
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)

# EXHIBIT D

 Gmail

**Calderwood Gallery <calderwood.gallery@gmail.com>**

---

## Third Adnet pdf/PIANO

2 messages

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>
To: cerinsch@runbox.com

Tue, Sep 14, 2021 at 2:28 PM

Dear Carl,

The attached PDF is devoted to an Adnet piano we have. It is at the restorer's and we don't have decent photos of it, but it's the model pictured in period docs. It was originally finished in a cream-colored lacquer. That has been stripped as it was in poor condition. It's currently bare of finish. It can be done in cream lacquer, or Adnet also did them in black. We will hold off proceeding until we hear from you.

If we were doing it for presentation, we would do it cream.

Price is $78,000 including correct restoration of the case as well as the instrument within. Net to you would be $62,400.

This concludes our Adnet works.

Next PDF will contain Royere and Quinet.

Looking forward to hearing from you with your reactions! And, of course, you are welcome to phone as well.

Janet

--
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)

---

**cerinsch@runbox.com** <cerinsch@runbox.com>
To: Calderwood Gallery <calderwood.gallery@gmail.com>

Tue, Sep 14, 2021 at 6:30 PM

Janet,

You take my breathe away with this work.

It's truly giving me a shock of beauty. My god! I didn't even know things like this existed.

Case ID: 220601512

Thank you beyond words. I'm gathering all the information and sending out final purchase orders for the pieces after taking the time to review. I have a personal deadline of Saturday and Sunday to make final purchase orders and you again have done so right by the artist and by me. In the end I know I will be a buyer of yours.

Thank you
Carl


On Tue, 14 Sep 2021 14:28:51 -0400, Calderwood Gallery <calderwood.gallery@gmail.com> wrote:

> Dear Carl,
>
> The attached PDF is devoted to an Adnet piano we have. It is at the
> restorer's and we don't have decent photos of it, but it's the model
> pictured in period docs. It was originally finished in a cream-colored
> lacquer. That has been stripped as it was in poor condition. It's currently
> bare of finish. It can be done in cream lacquer, or Adnet also did them in
> black. We will hold off proceeding until we hear from you.
>
> If we were doing it for presentation, we would do it cream.
>
> Price is $78,000 including correct restoration of the case as well as the
> instrument within. Net to you would be $62,400.
>
> This concludes our Adnet works.
>
> Next PDF will contain Royere and Quinet.
>
> Looking forward to hearing from you with your reactions! And, of course,
> you are welcome to phone as well.
>
> Janet
>
>
> --
> *Calderwood Gallery*
[Quoted text hidden]

Case ID: 220601512

# EXHIBIT E

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Thu, Sep 30, 2021 at 10:52 AM
To: Carl Erik Rinsch <cerinsch@runbox.com>
Cc: "maria.skotnikova" <maria.skotnikova@gmail.com>

Dear Carl:

We welcome the opportunity to work with you and to help build your lifetime collection. We will work at
the best possible package price for you but first we have a couple of questions:

1. Do you want everything of which we sent you photos, including the Quinet and Royere?
2. Will you want everything restored/refinished/reupholstered (with you supplying outer fabric)?

Wiring instructions are attached.

Looking forward to your responses.

Thank you - and bless you back.

Janet



[Quoted text hidden]
--
**Calderwood Gallery**
[Quoted text hidden]



📄 **CalderwoodDomesticIncomingTrf.pdf**
25K

---

**cerinsch@runbox.com** <cerinsch@runbox.com>                    Thu, Sep 30, 2021 at 11:00 AM
To: Calderwood Gallery <calderwood.gallery@gmail.com>
Cc: "maria.skotnikova" <maria.skotnikova@gmail.com>

Janet,

My initial interest is primarily and only the Adnet and Royere.

I would want to have your family refurbish them obviously, which is my most sincere interest as I want to consider it a
unique project for us all to complete together. The piano, in lacquer red. A bold statement.

And something I'm sure your husband will convince me against. Lol.

Masha, please wire. AMD send a confirmation email.

Thank you,
Carl
[Quoted text hidden]

Case ID: 220601512

# EXHIBIT F

## CARL E. RINSCH ADNET/ROYERE 093021 compilation

| ITEM/DESCRIPTION | ITEM # | RETAIL | NET | COMMENTS |
|---|---|---|---|---|
| 1. Desk and cabinet | #1093 | $60,000 | $48,000 | |
| 2. Coffee table | #1668 | $14,500 | $11,600 | |
| 3. Coffee table | #1417 | $17,000 | $13,600 | |
| 4. Console table | #1122 | $26,000 | $20,800 | |
| 5. Ceiling fixture | #1467 | $ 7,800 | $ 6,240 | |
| 6. Lacquer table | #1669 | $18,000 | $14,400 | |
| 7. Pair of club chairs | #1289 | $21,000 | $16,800 | |
| 8. Pair of club chairs | #1401 | $22,500 | $18,000 | |
| 9. Single club chair | #1601 | $13,000 | $10,400 | |
| 10. Pair of armchairs | #1003 | $23,500 | $18,800 | |
| 11. Pair of armchairs | #1153 | $21,000 | $16,800 | |
| 12. Six armchairs | #1405 | $48,000 | $38,400 | |
| 13. Cabinet/ebonized | #1608 | $35,000 | $28,000 | |
| 14. Coffee table/bl rosewood | #1609 | $24,000 | $19,200 | |
| 15. Pair/parchment side tbls | #1227 | $17,000 | $13,600 | |
| 16. Coffee/side tble | #1341 | $ 8,900 | $ 7,120 | |
| 17. Side table in ash | #1244 | $14,800 | $11,840 | |
| 18. Cabinet in sycamore | #1670 | $37,500 | $30,000 | |
| 19. Pair club chairs | #1671 | $24,500 | $19,600 | |
| 20. Centerpiece | #1672 | $ 4,900 | $ 3,920 | |
| 21. Piano | unpublished | $78,000 | $62,400 | |
| 22. Royere coffee table | #1240 | $62,500 | $50,000 | |
| 23. Pair Royere gilt tables | #1661 | $35,000 | $28,000 | |
| 24. Two-drawer/mirror desk | unpublished | $13,000 | $10,400 | |
| 25. Pair of consoles | unpublished | $18,500 | $14,800 | |
| | | $665,900 | $532,720 | |

Case ID: 220601512

# EXHIBIT G

**Transfer Submitted**          <u>close window</u>

**Print this Page**

**Transfer status: Scheduled**
**Order Number: 358294960**

### Transfer Accounts

**From:** Adv Plus Banking - 3966 : Avail. Bal $786,946.07

**To:** CALDERWOOD GALLERY (Republic First Bank)

### Transfer Details

**Send amount**

Send amount: $100,000.00

Additional fee: $30.00

**Transfer description**

ADNET and ROYERE Furniture

**Transfer dates**

Frequency: One time on...

Delivery speed: Same Day

Start on date: 10/07/2021

Estimated delivery date: 10/07/2021
**Note**:The receiving bank may make funds available later than this.

Case ID: 220601512

# EXHIBIT H

Case ID: 220601512

Conversation with Carl (+1 310-292-2062)

[9/9/21 10:21 PM] Carl: Carl Erik Rinsch

[9/9/21 10:21 PM] Carl: Cerinsch@runbox.com

[9/9/21 10:21 PM] Carl: 3102922062

[9/9/21 10:23 PM] Carl: You received a picture.
(IMG_4563_20210909_222307.jpg)

[9/9/21 10:23 PM] Carl: You received a picture.
(IMG_4562_20210909_222307.jpg)

[9/9/21 10:23 PM] Carl: You received a picture.
(IMG_4561_20210909_222307.jpg)

[9/9/21 10:25 PM] Carl: You received a picture. (C21B6C4F-
_20210909_222537.jpg)

[10/19/21 2:26 PM] Carl: You received a picture.
(IMG_7647_20211019_142654.jpg)

[10/19/21 3:13 PM] Me: Emailed pic

[10/19/21 3:13 PM] Carl: Thanks.

[10/19/21 3:13 PM] Carl: Look at this beauty. Palmwood.

[10/19/21 3:14 PM] Carl: You received a picture.
(IMG_7553_20211019_151439.jpg)

[10/19/21 3:29 PM] Me: Your phone dropped out and not picking up

[10/20/21 2:52 PM] Carl: Gary. Determining dimensions and trying to build
a set of exactly the same four chairs.

[10/20/21 2:52 PM] Carl: You received a picture.
(IMG_1620_20211020_145232.jpg)

[10/20/21 2:52 PM] Carl: Any chance that you have two round backed
chairs. Or even one. That might look like this attributed to adnet?

[10/20/21 2:53 PM] Carl: Those are them in physical form.

[10/26/21 2:28 PM] Carl: You received a picture.
(IMG_8631_20211026_142822.jpg)

[10/26/21 2:45 PM] Carl: Sorry phone died/

[10/27/21 5:03 PM] Carl: You received a picture.
(IMG_8820_20211027_170335.jpg)

1

Case ID: 220601512

[10/27/21 5:03 PM] Carl: You received a picture.
(IMG_8554_20211027_170335.jpg)

[10/27/21 5:03 PM] Carl: You received a picture.
(IMG_8556_20211027_170335.jpg)

[10/27/21 5:03 PM] Carl: You received a picture.
(IMG_8555_20211027_170335.jpg)

[10/30/21 7:49 PM] Carl: Did you just try calling?

[10/30/21 8:25 PM] Carl: You received a picture.
(IMG_9246_20211030_202509.jpg)

[10/30/21 8:25 PM] Carl: You received a picture.
(IMG_9245_20211030_202509.jpg)

[10/30/21 8:25 PM] Carl: Looking into this to go into the same space as
other pieces purchased. Thoughts?

[10/31/21 1:59 PM] Carl: Hi Gary. Sent you a huge email. Did you get it?

[10/31/21 2:07 PM] Carl: Broke it into three emails.

[10/31/21 2:07 PM] Carl: Two adnet chairs, a three piece set, a two piece
Royere. And a cupboard.

[10/31/21 2:10 PM] Me: Got them. Tried to call

[10/31/21 2:12 PM] Carl: Calling now.

[10/31/21 3:11 PM] Carl: 8657 Metz Place, Los Angeles, CA 90069

[10/31/21 4:14 PM] Me: Got it

[10/31/21 4:15 PM] Carl: Great.

[10/31/21 4:15 PM] Carl: Thanks again.

[10/31/21 4:53 PM] Me:

[10/31/21 6:01 PM] Me: You sent a picture.
(Attach1285_20211031_180111.jpg)

[10/31/21 6:01 PM] Carl: Perfect. God bless.

[11/2/21 8:44 AM] Carl: Thanks again and I'm certain to get this packet
today. I'll check my postbox very shortly. In other news. What a lovely
thing...is it something adnet has done before. I think Lacoste is overly
cautious. Which is a lovely attribute. But I am needing to confirm for my
collection.

[11/2/21 8:45 AM] Carl: You received a picture.
(IMG_9608_20211102_084513.jpg)

2

Case ID: 220601512

[11/2/21 8:45 AM] Carl: You received a picture.
(IMG_9611_20211102_084513.jpg)

[11/2/21 8:45 AM] Carl: You received a picture.
(IMG_9606_20211102_084513.jpg)

[11/2/21 8:45 AM] Carl: The Royere is a stunner of course. But actually feels like an adnet inspired piece.

[11/2/21 1:39 PM] Carl: Madness I tell ya just madness

[11/2/21 1:40 PM] Carl: You received a picture.
(IMG_9667_20211102_134003.jpg)

[11/2/21 1:40 PM] Carl: You received a picture.
(IMG_9639_20211102_134003.jpg)

[11/2/21 1:43 PM] Me: That's about 1.3mil aftercommision in $US
Just plain stupid.

[11/2/21 1:44 PM] Carl: Yup.

[11/2/21 1:44 PM] Carl: Not worth more than a million bucks for the set.

[11/2/21 1:44 PM] Carl: I mean...that's fair value most likely. For the set.

[11/2/21 1:44 PM] Carl: 2,153,000

[11/2/21 1:45 PM] Carl: That adnet thing... it's pretty.

[11/2/21 2:36 PM] Carl: You seen these before on anything

[11/2/21 2:36 PM] Carl: Adnet bed.

[11/2/21 2:37 PM] Carl: You received a picture.
(IMG_9669_20211102_143701.jpg)

[11/2/21 2:37 PM] Carl: You received a picture.
(IMG_9668_20211102_143701.jpg)

[11/2/21 2:37 PM] Carl: You received a picture.
(657571024_20211102_143727.jpg)

[11/2/21 2:40 PM] Carl: You received a picture.
(657571203_20211102_144015.jpg)

[11/4/21 3:08 PM] Carl: Coolest table I've ever seen.

[11/4/21 3:08 PM] Carl: Perfect.

[11/4/21 3:08 PM] Carl: You received a picture.
(657745673_20211104_150834.jpg)

3

Case ID: 220601512

[11/4/21 3:10 PM] Me: Glad you like it
Will FedEx Macassar samples today

[11/4/21 3:15 PM] Carl: So so excited!

[11/4/21 8:33 PM] Carl: You received a picture.
(IMG_9989_20211104_203315.jpg)

[11/5/21 12:34 PM] Carl: So excited to see these tests today Gary. God
bless you.

[11/5/21 12:34 PM] Carl: The team is drafting little drawings for you and
Janet.

[11/5/21 12:34 PM] Carl: And I bought this bed frame.

[11/5/21 12:35 PM] Carl: I'd like you to see and tell me who it might be.

[11/5/21 12:36 PM] Carl: You received a picture.
(IMG_9943_20211105_123619.jpg)

[11/5/21 12:36 PM] Carl: You received a picture.
(IMG_9942_20211105_123619.jpg)

[11/5/21 12:36 PM] Carl: What do you make of it. Curious.

[11/5/21 1:03 PM] Carl: You received a picture.
(IMG_0085_20211105_130330.jpg)

[11/5/21 1:03 PM] Carl: You received a picture.
(IMG_0086_20211105_130334.jpg)

[11/5/21 2:51 PM] Me: You sent a picture.
(Attach1248_20211105_145121.jpg)

[11/5/21 3:03 PM] Carl: Can I call you later?

[11/5/21 3:03 PM] Carl: Amazing and thank you!!

[11/5/21 3:03 PM] Carl: Looks similar, no?

[11/5/21 3:06 PM] Me:  Look at the spacing of the bottom supports

[11/5/21 3:08 PM] Carl: Yes. Sculptural and not planks.

[11/5/21 3:09 PM] Carl: A match I believe

[11/5/21 3:09 PM] Carl: You received a picture.
(IMG_0088_20211105_150927.jpg)

[11/5/21 3:09 PM] Carl: You received a picture.
(IMG_0108_20211105_150927.jpg)

4

Case ID: 220601512

[11/5/21 3:16 PM] Me: They are all different

[11/5/21 3:23 PM] Carl: I know. Fuck me.

[11/5/21 3:24 PM] Carl: I put and 1938-1939

[11/5/21 3:24 PM] Carl: You received a picture.
(IMG950106_20211105_152432.jpg)

[11/5/21 3:24 PM] Carl: You received a picture.
(IMG950105_20211105_152432.jpg)

[11/5/21 3:24 PM] Carl: On a more positive note. These will go
wonderfully with your modernist collection and securing.

[11/5/21 3:25 PM] Carl: With these most likely.

[11/5/21 3:25 PM] Carl: You received a picture.
(IMG_0048_20211105_152506.jpg)

[11/5/21 3:25 PM] Carl: You received a picture.
(IMG_0045_20211105_152506.jpg)

[11/5/21 3:25 PM] Carl: You received a picture.
(IMG_0026_20211105_152506.jpg)

[11/5/21 3:25 PM] Carl: You received a picture.
(IMG_0020_20211105_152506.jpg)

[11/5/21 3:26 PM] Carl: To finally sort this appropriately collected set
of masterworks. Thanks to you and your wife.

[11/5/21 3:26 PM] Carl: God bless.

[11/5/21 10:18 PM] Carl: You received a picture.
(IMG_9475_20211105_221852.jpg)

[11/5/21 10:19 PM] Carl: You received a picture.
(IMG_1484_20211105_221905.jpg)

[11/5/21 10:30 PM] Carl: You received a picture.
(Screensho_20211105_223003.jpg)

[11/5/21 10:30 PM] Carl: We are getting there to make a lovely little
book to track progress. Any word on tracking of the Macassar tests.
Hasn't showed up yet. Maybe tomorrow. Have a great weekend and share with
Janet. We will hopefully make her a lovely keepsake she can remember for
all her hard work. And THANK YOU!

[11/5/21 10:30 PM] Carl: Like an adnet dollhouse cut out!

[11/6/21 10:56 AM] Carl: Morning Gary. Does Janet have measurement specs
on this.

Case ID: 220601512

[11/6/21 10:57 AM] Carl: You received a picture.
(657903403_20211106_105702.jpg)

[11/6/21 10:57 AM] Carl: I'm also a bit concerned that these are Royere
and I wouldn't feel right about it. I'm not certain but it's a
possibility and if so, are worth more. Of course how much...I do not
know.

[11/6/21 10:57 AM] Carl: But I'd ask for you to review. And thank you. I
am a Christian and am not allowed to take advantage of gifts. Thanks.

[11/6/21 10:58 AM] Carl: You received a picture.
(657903507_20211106_105853.jpg)

[11/6/21 10:59 AM] Carl: I may be wrong but it's worrying me and I'd like
you to investigate please. The rear feet appear as a signature of royers
makers mark during that period and would be consistent I am relatively
sure. But as I said. Who knows. I hate this process. It makes me uneasy.

[11/6/21 10:59 AM] Carl: Thanks. Carl

[11/8/21 4:51 PM] Carl: You received a picture.
(658101088_20211108_165144.jpg)

[11/8/21 4:51 PM] Carl: You received a picture.
(658101096_20211108_165153.jpg)

[11/8/21 4:51 PM] Carl: Black it is. Will go beautifully with eggshell
and red.

[11/8/21 4:52 PM] Carl: Just a hint of color in it. I love it and thank
you for doing this for me!

[11/8/21 4:52 PM] Carl: Thanks Sir, and God bless. It's a close call but
not really. It's a perfect choice and I am absolutely certain of it!

[11/8/21 4:52 PM] Carl: THANKS TO YOU SENDING PHYSICAL PROOF. A true sign
of respect.

[11/8/21 4:52 PM] Carl: God bless.

[11/9/21 2:04 PM] Me:  Call me please

[11/9/21 3:07 PM] Me:  Need to talk to you. I have a client who wants to
buy the Adnet desk.

[11/9/21 4:02 PM] Carl: I'll be buying it. FYI.

[11/9/21 4:03 PM] Carl: Gary, every piece of Adnet except...

[11/9/21 4:04 PM] Carl: You received a picture.
(658184605_20211109_160412.jpg)

Case ID: 220601512

[11/9/21 4:04 PM] Carl: You received a picture. (658184648_20211109_160433.jpg)

[11/9/21 4:04 PM] Carl: You received a picture. (658184670_20211109_160445.jpg)

[11/9/21 4:04 PM] Carl: Besides these three, I'll take all the Adnet.

[11/9/21 4:05 PM] Carl: Been doing advanced layouts for zones of the sets.

[11/9/21 4:05 PM] Carl: It is a time consuming process.

[11/11/21 7:59 PM] Carl: Did this sofa ever show up. Looks like the 2930's macassar book case thingy.

[11/11/21 7:59 PM] Carl: You received a picture. (IMG_0919_20211111_195948.jpg)

[11/12/21 11:59 AM] Carl: Hey Gary. Running around like a busy dude. But wanted to send this to you. I need measurements on your chairs and stuff and this one in particular for the one I thought was Royere but probably Adnet.

[11/12/21 12:00 PM] Carl: Thanks so much. Is it possible a guy at your facility can do this exact simple photo series so o have the ruler in it.

[11/12/21 12:00 PM] Carl: I'd super appreciate it.

[11/12/21 12:01 PM] Carl: And if I didn't mention....Have a great morning!

[11/18/21 2:57 PM] Carl: Can you text me measurements for mirror. Also, please ask Janet to include this side table as it was not included and I need it. Thanks.

[11/18/21 2:58 PM] Carl: You received a picture. (IMG_1416_20211118_145856.jpg)

[11/18/21 3:07 PM] Carl: Thanks.

[11/18/21 3:17 PM] Carl: Also. Are there dimensions on the accompanying chairs.

[11/18/21 3:17 PM] Carl: Thanks.

[11/18/21 3:35 PM] Carl: Can I call you later?

[11/18/21 3:35 PM] Me: Yes ðŸ'

[11/18/21 3:36 PM] Carl: I need simple dimensions for that set of club chairs

[11/18/21 3:39 PM] Me: Guessing.

Case ID: 220601512

[11/18/21 3:41 PM] Me: 33w x 36d x 30h

[11/18/21 3:41 PM] Carl: Ask the boys to pull out a tape measure. It'll help me in layout.

[11/18/21 3:41 PM] Carl: But that's a good enough guess from a maestro.

[11/18/21 3:42 PM] Me: They are not here

[11/18/21 3:42 PM] Carl: Ok

[11/18/21 3:44 PM] Me: Gallery.  Sofa and chairs are being shipped

[11/18/21 3:45 PM] Carl: Copy. I understand. Thanks. In back to back boring meetings.

[11/18/21 3:45 PM] Carl: I remember now. My apologies.

[11/18/21 3:45 PM] Me: No problem

[11/18/21 3:45 PM] Carl: We guessed on these.

[11/18/21 3:45 PM] Carl: You received a picture. (IMG_0220_20211118_154552.jpg)

[11/18/21 3:45 PM] Carl: Aslo we used 40cm high seat which seems to be standard to work out.

[11/18/21 3:45 PM] Carl: Any ideas?

[11/18/21 3:48 PM] Me: 18h seat

[11/18/21 3:51 PM] Me: 19 w x 20d          x 43h

[11/18/21 5:11 PM] Carl: Thanks. Also sending this to make sure it is held for us.

[11/18/21 5:11 PM] Carl: I'm trying to make a comprehensive packet that allows me to close this.

[11/18/21 5:11 PM] Carl: Thanks

[11/18/21 5:11 PM] Carl: You received a picture. (658966149_20211118_171146.jpg)

[11/18/21 5:55 PM] Carl: Please send image of whole table..this little dude.

[11/18/21 5:55 PM] Carl: You received a picture. (IMG_1449_20211118_175515.jpg)

[11/18/21 5:55 PM] Carl: And then I'll submit the comprehensive rundown you guys can quadruple check.

Case ID: 220601512

[11/18/21 5:55 PM] Carl: Lots of stuff Gary. Congrats!

[11/23/21 2:12 PM] Carl: Ok with a call tomorrow? Thanks.

[12/6/21 4:11 PM] Me: Hi Carl
Hope you are ok
Please call me when you can

[12/6/21 4:12 PM] Carl: Thanks. Closing business on other issues. I appreciate your time. And I will ask for you to send me the cost of pieces without refurbishing to close books. And get this done on the calendar year as fixed asset portfolio. Thanks snd must follow protocol. God bless.

[12/6/21 4:18 PM] Carl: Sorry Gary. Sticking to the protocol and in text. Too many accounts moving to do by phone now.

[12/6/21 4:20 PM] Me: Not clear on what you want. Prices are for finished pieces and many are already restored

[12/6/21 4:21 PM] Carl: Ok. Understood. May I have a list of what is restored and ready to ship. We are prioritizing and planning our process, accordingly. Thanks

[12/6/21 4:22 PM] Me: We need to talk. Please give me a call tomorrow

[12/6/21 4:23 PM] Carl: Will do. Thank you.

[12/6/21 4:23 PM] Carl: I appreciate your time and understanding that I am handling multiple accounts during a total market crash across all sectors.

[12/6/21 4:23 PM] Carl: In seconds/ thank you.

[12/25/21 8:19 PM] Carl: MERRRY MERRRRY CHRISTMAS BUDDY. Itâ€™s gonna be a good year end so let that sink in and enjoy!

[12/25/21 10:06 PM] Me: Merry Christmas to you also.
So. nice to hear from you.
I hope the year end is great for us all.
Best wishes,
Gary

[1/11/22 11:20 AM] Me: ????

[1/11/22 12:21 PM] Carl: Gary,

I want to kindly express that we have had some financial setbacks which will not permit us to purchase all the extraordinary work that you and your family have assembled, at this time.

9

We can not guarantee, nor should I, that I will be able to purchase the
entire collection at a later date, so now you and I must determine the
best course of action advancing forward.

While this is unfortunate and truly a heart breaker for me, I can not be
anything but honest as I have been.

Upon review, I believe we have sent approx funding for 250k worth of the
merchandise. If this is unacceptable and you are no longer interested in
selling only 250k of the merchandise then I will simply have to defer to
your prerogative as holder of both goods and money. If you do want to
sell items, then it is your call what you would consider fair pricing and
accordingly. I imagine that this is both not a shock given my latest
correspondences, and also understood as not the end of the world.

I was hopeful to have purchased it all. But excited if I may purchase the
amount I was willing to guarantee at the start.

With all the joy in my heart, I remember confirming the macassar desk set
and determining color, as well as confirming the couch and two chairs as
the three piece set, and the possible piano that I was interested in
painting white. Truth be told I think those are commitments that
regardless I will need to hold. and I think that's it.

While I could tell you of my woes and disappointment, in markets here and
abroad, it makes no difference. A serious route is a serious route, and
sign from on high.

Happy to select the other work, given fair (as expected) pricing  or have
funds returned with some type of fee for your time. You have given me an
extraordinary collection to review and beyond a unit of measure of wisdom
in your thoughts. I would not begin to put a price on that, but if you
are so interested, you may.

Bottom line: the sofa and chairs three set, the macassar desk and
cabinet, and the piano will be best put at top of list. Whatever funds
left, if any, then can be assigned to pieces, or returned, according to
your desire. I'm certainly interested in more. But will leave that up to
you. Thank you. It is your right.

Carl Erik Rinsch

[1/26/22 12:46 PM] Carl: Hi Gary,

In meetings all day. Can we schedule a call on books before eod Friday,
sorry but swamped with ledgered back to backs.

With all my love as usual, Carl.

[1/26/22 12:47 PM] Me: Okay ðŸ'

[2/13/22 3:32 PM] Me:
????????

Case ID: 220601512

[2/13/22 3:39 PM] Carl: Out for a week.

[2/13/22 3:39 PM] Carl: No $$$ until then.

[2/13/22 3:39 PM] Carl: Please leave me alone. Blocking you for a week.

[2/13/22 3:41 PM] Me: No need to block me. I just need to get things organized

Case ID: 220601512

# EXHIBIT I

 Gmail                                      Calderwood Gallery <calderwood.gallery@gmail.com>

## Such good news!
1 message

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Thu, Nov 11, 2021 at 4:41 PM
To: Carl Erik Rinsch <cerinsch@runbox.com>

Dear Carl,

Gary told me you have decided to acquire most of our Adnet collection and this is delightful news! He also
said you appreciated the book we assembled for you and it was so kind of you to acknowledge that.

We have been fans of Adnet's work for such a long time and to both of us - Gary as a scholar of his work
and period, and me, mindful of what he was creating along the same timeline as the evolution of film,
photography, art, cars, airplanes, etc. - Adnet is a person, a human being. He was born just a few months
into the 20th Century and imagine him evolving within it. And it is wonderful that you will be celebrating
him well into the 21st!

Thank you a hundred times! Digital "paperwork" will follow within a few days but I just wanted to say
these things.

Janet
--
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)


Visit our website any time at:

www.calderwoodgallery.com

Case ID: 220601512

# EXHIBIT J

 Calderwood Gallery <calderwood.gallery@gmail.com>

---

## Statement for Adnet Acquisitions
1 message

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Wed, Nov 17, 2021 at 12:19 AM
To: Carl Erik Rinsch <cerinsch@runbox.com>, Maria Skotnikova <maria.skotnikova@gmail.com>

Dear Carl and Masha,

Attached is an updated statement for your Adnet Acquisitions. Thumbnails are embedded in the same order as the list, for visual reference.

Gary will call you tomorrow!

Best wishes,
Janet Calderwood


--

**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)


Visit our website any time at:

www.calderwoodgallery.com


📄 **Rinsch111721.pdf**  ◄ *print·out follows*
3837K

Case ID: 220601512

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**17 November 2021**

**STATEMENT OF ACCOUNT**

Mr. Carl E. Rinsch
8657 Metz Place
Los Angeles, CA 90069
Email: cerinsch@runbox.com

**DELIVERY*: INFO TO COME LATER**

ALL UPHOLSTERED PIECES INCLUDE: disassembly, all repairs, regluing all frames, refinishing and reupholstering. BUYER WILL SUPPLY ONLY THE OUTER FABRIC OR LEATHER. Calderwood will provide yardage estimates for fabric and/or square footage estimates for leather based upon your fabric or leather selection. (Yardage requirements vary by fabric width and repeat of pattern.)

All other pieces INCLUDE ALL restoration appropriate to the piece which is either traditional French polish (same hand-done finish that has been used on fine French furniture for 300 years) for wood/veneer pieces or colored lacquer for lacquered pieces such as the black table and the piano.

| | PIECE/DESCRIPTION | CG # | RETAIL | NET |
|---|---|---|---|---|
| 1. | Adnet centerpiece | #1672 | $ 4,900 | n/c - gift |
| 2. | Adnet desk & cabinet | #1093 | $60,000 | $48,000 |
| 3. | Adnet ebonized cabinet | #1608 | $35,000 | $28,000 |
| 4. | Adnet lacquered piano | #1673 | $78,000 | $62,400 |
| 5. | Adnet sofa/2 clubs suite | unpub | $45,000 | $34,000 |
| 6. | Adnet pair club chairs | #1401 | $22,500 | $18,000 |
| 7. | Adnet pair club chairs | #1289 | $21,000 | $16,800 |
| 8. | Adnet pair club chairs | #1671 | $24,500 | $19,600 |
| 9. | Adnet single club chair | #1601 | $13,000 | $10,400 |
| 10. | Adnet pair mac armchs | #1003 | $23,500 | $18,800 |
| 11. | Adnet SIX r/w armchs | #1405 | $48,000 | $38,400 |
| 12. | Adnet a/c w/bronze mts | #1153 | $21,000 | $16,800 |
| 13. | Adnet a/c bl pair | #1671 | $19,000 | $15,200 |
| 15. | Adnet r/w coffee table | #1609 | $24,000 | $19,200 |
| 16. | Adnet eb coffee/cast top | #1417 | $17,000 | $13,600 |

**242 GEIGER ROAD    PHILADELPHIA PA 19115    215.546.5357**

calderwoodgallery.com

Case ID: 220601512

Case 2:22-cv-02847-JS    Document 1-1    Filed 07/20/22    Page 47 of 76

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

| | | | | |
|---|---|---|---|---|
| 17. | Adnet 2-drawer desk/tbl | unpub | $13,000 | $10,400 |
| 18. | Adnet 2-tier console tbl | #1122 | $26,000 | $20,800 |
| 19. | Adnet round 2-tier tbl | #1341 | $ 8,900 | $ 7,120 |
| 20. | Adnet parchment tbls/2 | #1227 | $17,000 | $13,600 |
| 21. | Adnet 2 pr. console ends | unpub | $37,000 | $29,600 |
| 22. | Adnet bl lacquer table | #1669 | $18,000 | $14,400 |
| 23. | Adnet ceiling fixture | #1467 | $ 7,800 | $ 6,240 |
| 24. | Adnet floor mirror | unpub | $19,000 | $15,200 |
| 25. | Adnet high-back chairs | unpub | $22,800 | $18,240 |

| | | |
|---|---|---|
| **TOTALS** | $625,900 | $494,800. |
| Deposit received | | ($ 50,000) |
| Deposit received | | ($ 50,000) |
| Deposit received | | ($100,000) |
| **BALANCE DUE 01/15/22** | | $294,800 |

*DELIVERY IS NOT INCLUDED.
PHOTO RECAP ON THE NEXT
THREE PAGES.

THANK YOU FOR YOUR ACQUISITIONS.
IT IS A PLEASURE HELPING YOU ASSEMBLE
YOUR COLLECTION.

Case ID: 220601512

Case 2:22-cv-02847-JS   Document 1-1   Filed 07/20/22   Page 48 of 76

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**#1**



**#4**



**#2**





**#5**



**#6**



**#3**



**#7**



**242 GEIGER ROAD    PHILADELPHIA PA 19115    215.546.5357**

calderwoodgallery.com

Case ID: 220601512

Case 2:22-cv-02841-JS   Document 1-1   Filed 07/20/22   Page 49 of 76

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**STATEMENT OF ACCOUNT/Mr. Carl E. Rinsch/17 Nov. 2021/page 4 of 7**

#8


#11


#9


#12


#10


#13


242 GEIGER ROAD   PHILADELPHIA PA 19115   215.546.5357

calderwoodgallery.com

Case ID: 220601512

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**STATEMENT OF ACCOUNT/Mr. Carl E. Rinsch/17 Nov. 2021/page 5 of 7**

#14


#17


#15


#18


#16


#19


Case ID: 220601512

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**STATEMENT OF ACCOUNT/Mr. Carl E. Rinsch/17 Nov. 2021/page 6 of 7**

#20


#23


#21


#24


#22


#25


**242 GEIGER ROAD    PHILADELPHIA PA 19115    215.546.5357**

calderwoodgallery.com

Case ID: 220601512

# EXHIBIT K

 Gmail                                      Calderwood Gallery <calderwood.gallery@gmail.com>

## List of some first priority furniture.

5 messages

**cerinsch@runbox.com** <cerinsch@runbox.com>                              Tue, Jan 18, 2022 at 10:06 PM
To: Calderwood Gallery <calderwood.gallery@gmail.com>

Gary,

Thanks and take a look at these circled pieces and please talky. To help resolve and close present outstanding funds. If balance required, please let me know. Thanks.

Let me know and God bless you guys. Working on a little booklet for you and your collection of memories.

Best,
Carl

**15 attachments**



**80C46BCF-1F7C-496A-817F-4350E94823CF.jpeg**
653K





**6AA095B4-C464-4DBA-8790-4F504C5E4481.jpeg**
756K





**214F206A-3DC8-4E2B-BE39-81CAD84E3902.jpeg**
825K





**A54A1850-E62C-46A5-8494-874B168816BD.jpeg**
719K

Case ID: 220601512

E3927FF9-D6E7-4073-B004-0191868DFACF.jpeg
725K

00880E94-AE46-414E-B351-0E3B112C61CF.jpeg
759K

2F184BB1-C232-4652-84C9-1F12FCD4CFE5.jpeg
652K



6DAB3AA9-7DA6-4F5C-83EA-755010E63E3E.jpeg
657K



6FFDDE91-079A-4D0A-B826-3181E29F2605.jpeg
748K

0F053B97-8E5E-495A-9690-19D12AA7559D.jpeg
580K

Case ID: 220601512



**645AC0EE-9B9E-423B-987F-EE447B34B19B.jpeg**
592K



**C287CB18-5BF6-401E-8F94-AC2A79BF24B0.jpeg**
691K





**057A208A-FA44-4ACF-897C-7E3A3743BA2E.jpeg**
687K





**07B372F2-E6EF-438D-BA9B-B535948F77C9.jpeg**
616K

**EAA63F98-B6B0-4DC8-B7E2-4391FFF5A456.jpeg**
791K

# EXHIBIT

# L

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

24 January 2022

INVOICE

Mr. Carl E. Rinsch
8657 Metz Place                          DELIVERY*: Info to follow
Los Angeles, CA 90069
Email: cerinsch@runbox.com

UPHOLSTERED PIECES INCLUDE: disassembly, all repairs, regluing all frames,
refinishing and reupholstering. BUYER WILL SUPPLY ONLY THE OUTER FABRIC OR
LEATHER.(Yardage requirements vary by fabric width and repeat of pattern.)
All other pieces INCLUDE ALL restoration appropriate to the piece.

| | | | | |
|---|---|---|---|---|
| 1. | Adnet desk, cabinet, rack | #1093 | $60,000 | $48,000 |
| 2. | Adnet ebonized cabinet | #1608 | $35,000 | $28,000 |
| 3. | Adnet sofa/2 clubs suite | #1670 | $45,000 | $34,000 |
| 4. | Adnet pair club chairs | #1401 | $22,500 | $18,000 |
| 5. | Adnet pair club chairs | #1289 | $21,000 | $16,800 |
| 6. | Adnet pair club chairs | #1671 | $24,500 | $19,600 |
| 7. | Adnet pair mac armchs | #1003 | $23,500 | $18,800 |
| 8. | Guiguichon single chair | #1305 | $16,500 | $13,200 |
| 9. | Adnet r/w coffee table | #1609 | $24,000 | $19,200 |
| 10. | Adnet 2-drawer desk/tbl | unpub | $13,000 | $10,400 |
| 11. | Adnet 2-tier console tbl | #1122 | $26,000 | $20,800 |
| 12. | Adnet 2 pr. console ends | unpub | $37,000 | $29,600 |
| 13. | Adnet bl lacquer table | #1669 | $18,000 | $14,400 |
| 14. | Adnet mahog dining tbl | unpub | $14,500 | $11,600 |
| 15. | Adnet centerpiece | #1672 | $ 4,900 | n/c - gift |

TOTALS                              $385,400      $302,400
Deposits received                                (200,000)
BALANCE DUE                                      $102,400

Delivery not included

242 GEIGER ROAD    PHILADELPHIA PA 19115    215.546.5357
calderwoodgallery.com

Case ID: 220601512

# EXHIBIT M

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

**24 January 2022**

**INVOICE**

Mr. Carl E. Rinsch
8657 Metz Place                    DELIVERY*: Info to follow
Los Angeles, CA 90069
Email: cerinsch@runbox.com

**UPHOLSTERED PIECES priced unrestored.**
**All other pieces INCLUDE ALL restoration appropriate to the piece.**

| # | Item | Ref | Price | Price |
|---|------|-----|-------|-------|
| 1. | Adnet desk, cabinet, rack | #1093 | $60,000 | $48,000 |
| 2. | Adnet ebonized cabinet | #1608 | $35,000 | $28,000 |
| 3. | Adnet sofa/2 clubs suite | #1670 | $45,000 | $28,000 |
| 4. | Adnet pair club chairs | #1401 | $22,500 | $15,000 |
| 5. | Adnet pair club chairs | #1289 | $21,000 | $14,000 |
| 6. | Adnet pair club chairs | #1671 | $24,500 | $16,000 |
| 7. | Adnet pair mac armchs | #1003 | $23,500 | $18,800 |
| 8. | Guiguichon single chair | #1305 | $16,500 | $13,200 |
| 9. | Adnet r/w coffee table | #1609 | $24,000 | $19,200 |
| 10. | Adnet 2-drawer desk/tbl | unpub | $13,000 | $10,400 |
| 11. | Adnet 2-tier console tbl | #1122 | $26,000 | $20,800 |
| 12. | Adnet 2 pr. console ends | unpub | $37,000 | $29,600 |
| 13. | Adnet bl lacquer table | #1669 | $18,000 | $14,400 |
| 14. | Adnet mahog dining tbl | unpub | $14,500 | $11,600 |
| 15. | Adnet centerpiece | #1672 | $ 4,900 | n/c - gift |

|  | TOTALS | | $385,400 | $287,000 |
|  | Deposits received | | | (200,000) |
|  | BALANCE DUE | | | $ 87,000 |

**Delivery not included**

Case ID: 220601512

# EXHIBIT N

 Gmail

Calderwood Gallery <calderwood.gallery@gmail.com>

---

## Invoice for purchases
1 message

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>
To: Carl Erik Rinsch <cerinsch@runbox.com>

Mon, Jan 31, 2022 at 6:25 PM

Dear Carl,

In follow-up to your phone conversation with Gary today, attached is a new invoice and this reflects: (1) upholstered seating not reupholstered, and (2) removal of the pair of macassar ebony Adnet pull-up armchairs.

We should be good to go now! List clarified and complete.

Stay safe and be well. Wire transfer information is below.

Janet Calderwood

DOMESTIC INCOMING WIRE TRANSFER INFORMATION FOR CALDERWOOD GALLERY
ABA # 036002247
Beneficiary Bank Name: Republic Bank
Beneficiary Bank Address: 50 South 16th Street
Philadelphia, PA 19102
Beneficiary Account Name: CALDERWOOD GALLERY
Beneficiary Account Number: 1424068

--
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
MOBILE: 215-327-8664 (Gary Calderwood)

Visit our website any time at:

www.calderwoodgallery.com

---

 **Rinsch013122.pdf**
32K

Case ID: 220601512

# CALDERWOOD GALLERY

## 20TH CENTURY DESIGN AND PHOTOGRAPHY

31 January 2022

**INVOICE**

---

**Mr. Carl E. Rinsch**
8657 Metz Place
Los Angeles, CA 90069
Email: cerinsch@runbox.com

**DELIVERY\*: Info to follow**

---

UPHOSTERED PIECES priced unrestored.
All other pieces INCLUDE ALL restoration appropriate to the piece.

| # | Item | Ref | Price | Price |
|---|------|-----|------:|------:|
| 1. | Adnet desk, cabinet, rack | #1093 | $60,000 | $48,000 |
| 2. | Adnet ebonized cabinet | #1608 | $35,000 | $28,000 |
| 3. | Adnet sofa/2 clubs suite | #1670 | $45,000 | $28,000 |
| 4. | Adnet pair club chairs | #1401 | $22,500 | $15,000 |
| 5. | Adnet pair club chairs | #1289 | $21,000 | $14,000 |
| 6. | Adnet pair club chairs | #1671 | $24,500 | $16,000 |
| 7. | Guiguichon single chair | #1305 | $16,500 | $13,200 |
| 8. | Adnet r/w coffee table | #1609 | $24,000 | $19,200 |
| 9. | Adnet 2-drawer desk/tbl | unpub | $13,000 | $10,400 |
| 10. | Adnet 2-tier console tbl | #1122 | $26,000 | $20,800 |
| 11. | Adnet 2 pr. console ends | unpub | $37,000 | $29,600 |
| 12. | Adnet bl lacquer table | #1669 | $18,000 | $14,400 |
| 13. | Adnet mahog dining tbl | unpub | $14,500 | $11,600 |
| 14. | Adnet centerpiece | #1672 | $ 4,900 | n/c - gift |

|  |  |  |
|---|------:|------:|
| **TOTALS** | $361,500 | $268,200 |
| **Deposits received** | | (200,000) |
| **BALANCE DUE** | | $ 68,200 |

Thank you for your purchases.
Delivery not included

242 GEIGER ROAD    PHILADELPHIA PA 19115    215.546.5357
calderwoodgallery.com

Case ID: 220601512

# EXHIBIT O



From: **Gary Calderwood** <modpop70@gmail.com>
Date: Wed, May 25, 2022 at 3:37 PM
Subject: Adnet
To: <cerinsch@runbox.com>, Janet Calderwood <janet.calderwood@gmail.com>



Hello Carl,
I hope you've been well.
I have the sofa and pair of armchairs for you in my warehouse. Shipping has been much longer and more complicated.
The fabric looks nice and might be quite usable with a cleaning and the cushions refilled.
Please let me know when you are going to complete the purchase. I would like to ship you the upholstered pieces and
the pieces that were already restored.  I would also like to get the other pieces restored and ready to ship, but I can't do
that unless you are ready to receive them as we can't store restored pieces such as the office suite.
Best regards,
Gary

Case ID: 220601512

--
Janet Calderwood
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115 USA
www.calderwoodgallery.com

Case ID: 220601512

# EXHIBIT P



From: <cerinsch@runbox.com>
Date: Wed, May 25, 2022 at 3:48 PM
Subject: Re: Adnet
To: Gary Calderwood <modpop70@gmail.com>
Cc: Janet Calderwood <janet.calderwood@gmail.com>


gary,

thanks again.

i will have to cap the budget at the price i've paid and remove pieces to meet that.

our production was the victim of a studio meltdown.  i have asked dealers to return funds. and most have done so. as inflation benefits them now. i will extend the same to you with an additional 20% penalty that is to be kept private as i have not offered this to anybody else. and can not.

simply, if you would like, you can return funds minus 20% or you can complete the purchase and remove pieces to meet the amount already wired.

your call and thank you again.

this may all turn around but not after and until this is studio setback is resolved.

best,
carl

On Wed, 25 May 2022 15:37:29 -0400, Gary Calderwood <modpop70@gmail.com> wrote:

> [image: image.jpeg]
> Hello Carl,
> I hope you've been well.
> I have the sofa and pair of armchairs for you in my warehouse. Shipping has
> been much longer and more complicated. The fabric looks nice and might be
> quite usable with a cleaning and the cushions refilled.
> Please let me know when you are going to complete the purchase. I would

1

Case ID: 220601512

> like to ship you the upholstered pieces and the pieces that were already
> restored.  I would also like to get the other pieces restored and ready to
> ship, but I can't do that unless you are ready to receive them as we can't
> store restored pieces such as the office suite.
> Best regards,
> Gary

--
Janet Calderwood
**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115 USA
www.calderwoodgallery.com

Case ID: 220601512

# EXHIBIT Q

# M Gmail

**Calderwood Gallery <calderwood.gallery@gmail.com>**

---

## Gary
8 messages

---

**Calderwood Gallery** <calderwood.gallery@gmail.com>                    Wed, Jun 1, 2022 at 3:04 PM
To: Carl Erik Rinsch <cerinsch@runbox.com>

Dear Carl,

Attached is a final recap of your purchases, paid in full. I left the numbering the same as it was originally despite the removals so that if you refer to the book we made for you the numbers will be consistent.

Janet Calderwood

[Quoted text hidden]

**Calderwood Gallery**
20th Century Design and Photography
242 Geiger Road
Philadelphia, PA 19115
**MOBILE: 215-327-8664 (Gary Calderwood)**

WORK-FROM-HOME-OFFICE
215-806-3131 (Janet Calderwood)

---

Visit our website any time at:

www.calderwoodgallery.com

---

**g** **RINSCHfinal:rev060122.pdf**

# EXHIBIT R

M Gmail

**Calderwood Gallery <calderwood.gallery@gmail.com>**

---

**Gary**
8 messages

---

**cerinsch@runbox.com** <cerinsch@runbox.com>
To: Calderwood Gallery <calderwood.gallery@gmail.com>

Wed, Jun 1, 2022 at 3:24 PM

Dear Janet,

Thanks. Can you send the pictures of the refurbished desk and dresser. The macassar set. I'm excited to see it complete.

Case ID: 220601512

I'll arrange pickup and delivery immediately.

Thanks,
Carl

Case ID: 220601512

# EXHIBITS

    **Calderwood Gallery <calderwood.gallery@gmail.com>**

---

## Re: adnet

1 message

**cerinsch@runbox.com** <cerinsch@runbox.com>                                                    Mon, Jun 6, 2022 at 11:52 AM
To: modpop70 <modpop70@gmail.com>, "calderwood.gallery" <calderwood.gallery@gmail.com>

Dear Gary and Janet Calderwood,

I am obligated at this time to again formally ask for your legal representation.

In the interest of time and clarity, I want to also be clear that no merchandise should be refurbished on my behalf or handled at my expense and responsibility. All funds are to be returned and your merchandise is yours and under your care. For your purposes.

Thank you,
Carl Erik Rinsch

On Sat, 04 Jun 2022 22:06:15 +0200 (CEST), <cerinsch@runbox.com> wrote:

>
> Janet and Gary,
>
> Please send legal representative contact information for counsel and litigation. I will now have to hand this off to my counsel and that of the studio. You have not responded to our demand to return funds, and the interest will now be considered accruing against inflation. At 8 percent since transaction has been made.
>
> Please contact legal if you have not already.
>
> Best,
> Carl Erik Rinsch
>
>
> On Fri, 3 Jun 2022 13:45:43 -0400, Gary Calderwood <modpop70@gmail.com> wrote:
>
> > Carl,
> > All the upholstered pieces and  the previously restored pieces that you
> > purchased are available for pick up by the end of next week. We need a few
> > days' notice to assemble everything on our loding dock for the transporter
> > As noted, your desk and cabinet will take 3-4 weeks to complete restoration.
> > Please make shipping arrangements.
> > Gary
> >
> >
> > On Thu, Jun 2, 2022 at 4:12 PM <cerinsch@runbox.com> wrote:
> >
> > > Gary,
> > >
> > > I will need those funds returned and thank you. We will need to do this
> > > today/tomorrow.
> > >
> > > I do not want any problems and I must act on behalf of our backers.
> > >
> > > Carl
> > >
> > >
> > >
> > > On Thu, 2 Jun 2022 15:40:36 -0400, Gary Calderwood <modpop70@gmail.com>
> > > wrote:
> > >

Case ID: 220601512

> > > > Hi Carl,
> > > > I'm glad we finalized this.
> > > > As you had ceased to communicate with me, I put everything on hold. We do
> > > > not have the facility to store large refinished items for a long time. If
> > > > you will reconfirm that you want the finish darkened on the desk and
> > > > bookcase, we will get to work on it next week.
> > > > It will take @ 3-4 week to complete and we will go over the other
> > > > refinished pieces.
> > > > I would be very happy to have everything shipped as soon as possible as
> > > we
> > > > are pressed for space.
> > > > I would be happy to communicate with your shipper to facilitate the
> > > > shipment in an efficient manner.
> > > > As soon as the office suite is finished, I will provide you with photos.
> > > > I hope things take a more positive turn for you.
> > > > Best wishes,
> > > > Gary
> > >
> > >
> > >