IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY D. CALDERWOOD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-2847 |
| | : | |
| CARL ERIK RINSCH | : | |

## **ORDER**

AND NOW, this 28th day of November, 2022, upon consideration of Defendant Carl Erik Rinsch's Motion to Dismiss (ECF No. 3) and Plaintiff Gary D. Calderwood's opposition thereto, and for the reasons described in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED IN PART and DISMISSED IN PART.

BY THE COURT:

 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.

1