# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| GARY D. CALDERWOOD, | : | CIVIL ACTION |
| D/B/A CALDERWOOD GALLERY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 2:22-cv-02847 |
| | : | |
| CARL ERIK RINSCH, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATION OF COMPLETE DOCUMENT PRODUCTION

I, GARY D. CALDERWOOD, declare and state as follows:

1. I am the owner of Calderwood Gallery and the plaintiff in the above-captioned action.

2. I have reviewed Defendant Carl Erik Rinsch's First Request for the Production of Documents in this matter.

3. I have produced all documents in my possession responsive to Defendant Carl Erik Rinsch's First Request for the Production of Documents.

4. I certify that Plaintiff's document production is complete to the best of my knowledge, information, and belief.

5. I understand that the statements made herein are subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Dated: April 14, 2023        By: *Gary D. Calderwood*
                                 ─────────────────────────
                                 GARY D. CALDERWOOD