UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. CALDERWOOD<br>D/B/A CALDERWOOD GALLERY<br>242 GEIGER ROAD<br>PHILADELPHIA, PA 19115,<br><br>　　　　*Plaintiff*,<br><br>　　　v.<br><br>CARL ERIK RINSCH<br>8657 METZ PLACE<br>LOS ANGELES, CA 90069,<br><br>　　　　*Defendant*. | Case No. 2:22-02847 |

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant's Motion in Limine to Preclude Offering of Documents, Information or Witnesses at Trial That Were Not Previously Produced or Disclosed by Plaintiff, it is hereby ORDERED that said Motion is granted. Plaintiff is precluded from offering documents, information or witnesses at trial that were not previously produced or disclosed by Plaintiff.

**BY THE COURT:**

_____
**Chief Judge Juan R. Sánchez**