IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY D. CALDERWOOD | : | CIVIL ACTION |
| v. | : | No. 22-2847 |
| CARL ERIK RINSCH | : | |

## **ORDER**

AND NOW, this 17th day of July, 2023, upon consideration of the Parties' arguments at the pretrial conference held this same day, it is hereby ORDERED Defendant Carl Erik Rinsch's Motion in Limine (ECF No. 27) is DISMISSED AS MOOT.

It is FURTHER ORDERED Rinsch's Second Motion in Limine (ECF No. 38) is GRANTED IN PART. Plaintiff Gary D. Calderwood is PRECLUDED from offering into evidence Joint Appendix exhibits 22 and 23. The remainder of Rinsch's Second Motion in Limine is DISMISSED AS MOOT.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.