IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY D. CALDERWOOD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-2847 |
| | : | |
| CARL ERIK RINSCH | : | |

**<u>ORDER</u>**

AND NOW, this 16th day of January, 2024, upon consideration of Defendant Carl Erik Rinsch's Motion to Set Aside Verdict and for Findings and Conclusions After Advisory Verdict (ECF Nos. 61, 62) and Plaintiff Gary D. Calderwood's opposition thereto, and for the reasons described in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED IN PART and DENIED IN PART, and the Civil Judgment entered on August 11, 2023 (ECF No. 55) is AMENDED as follows:

1. The Motion is GRANTED as to Count III, and the Judgment entered in favor of Plaintiff Gary D. Calderwood on Count III of the Complaint is VACATED.

2. The Clerk of Court is DIRECTED to re-enter Judgment in favor of Plaintiff Gary D. Calderwood and against Defendant Carl Erik Rinsch on Count II of the Complaint only in the amount of $68,200.

3. The Clerk of Court is DIRECTED to enter Judgment in favor of Defendant Carl Erik Rinsch and against Plaintiff Gary D. Calderwood on Count III of the Complaint in no amount, and in favor of Plaintiff Gary D. Calderwood and against Defendant Carl Erik Rinsch in no amount on Count I of Defendant Rinsch's counterclaim.

BY THE COURT:

1

<u>/s/ Juan R. Sánchez</u>  
Juan R. Sánchez, C.J.